IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY WILSON and | ) | |
| BARRY WILSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:22-cv-90-ECM |
| | ) | (WO) |
| CLEVELAND BROTHERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION and ORDER**

On October 4, 2022, the Magistrate Judge entered a Recommendation (doc. 16) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendant's Motion to Dismiss (doc. 8) is GRANTED for lack of subject matter jurisdiction and this case is DISMISSED without prejudice in its entirety.

A separate Final Judgment will be entered.

DONE this 4th day of January, 2023.


_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE